UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 09240
  DEBRA L BRADLEY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-4992

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/15/2005 and was confirmed 05/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  46.74% from remaining funds.

     The case was paid in full 10/28/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONWIDE ACCEPTANCE~ | SECURED | 6000.00 | 654.53 | 6000.00 |
| NATIONWIDE ACCEPTANCE~ | UNSECURED | 1465.52 | .00 | 684.98 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | .00 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| ADVANCE STUDIES INC | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MED CEN | UNSECURED | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | UNSECURED OTH | 647.52 | .00 | 302.66 |
| ASSET ACCEPTANCE CORP | UNSECURED | 724.42 | .00 | 338.59 |
| CHECK N GO | UNSECURED | 435.93 | .00 | 203.75 |
| CITY OF CHICAGO EMS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1980.00 | .00 | 925.45 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FAMILY | UNSECURED | 1504.81 | .00 | 703.35 |
| HOUSEHOLD AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM X COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| MT SINAI HOSPITAL MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| PARKWAY BANK | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| AT & T BANKRUPCTY | FILED LATE | 1070.52 | .00 | .00 |
| SOCIAL SECURITY ADMINIST | UNSECURED | NOT FILED | .00 | .00 |
| SOCIAL SECURITY ADMINIST | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,500.00 | | 2,500.00 |
| TOM VAUGHN | TRUSTEE | | | 812.69 |
| DEBTOR REFUND | REFUND | | | 464.51 |

     Summary of Receipts and Disbursements:

------------------------------------------------------------------------

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 13,784.51 |               |
| PRIORITY             |           | 194.00        |
| SECURED              |           | 6,000.00      |
| INTEREST             |           | 654.53        |
| UNSECURED            |           | 3,158.78      |
| ADMINISTRATIVE       |           | 2,500.00      |
| TRUSTEE COMPENSATION |           | 812.69        |
| DEBTOR REFUND        |           | 464.51        |
| TOTALS               | 13,784.51 | 13,784.51     |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/27/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE